# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Douglas Stephen Taylor**            **BK NO. 22-00900 HWV**
        **Noelle Denise Taylor**

                 **Debtor(s)**                          **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                                  Respectfully submitted,

                                 /s/ *Rebecca Solarz*
                                 Rebecca Solarz
                                 19 May 2022, 16:10:17, EDT

                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 215-627-1322