United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 22-00900-HWV
Douglas Stephen Taylor                       Chapter 13
Noelle Denise Taylor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                                  Page 1 of 3
Date Rcvd: Jun 23, 2022               Form ID: ntcnfhrg                                Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas Stephen Taylor, Noelle Denise Taylor, 407 Pauline Drive, Red Lion, PA 17356-9676 |
| 5475005 | | Abrahamsen Gindin, LLC, 245 Main Street, Suite 100, Scranton, PA 18519-1641 |
| 5478309 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5475011 | + | Citadel Credit Union, 4051 West Lincoln Highway, Parkesburg, PA 19365-1778 |
| 5475018 | + | Goldman Sachs Bank USA, PO Box 70321, Philadelphia, PA 19176-0321 |
| 5475025 | | Seventh Avenue / Country Door, 1112 7th Avenue, PO Box2845, Monroe, WI 53566-8045 |
| 5475026 | | Seventh Avenue / Stoneberry, 1112 7th Avenue, PO Box 2845, Monroe, WI 53566-8045 |
| 5475030 | | US Department of Education, Attn: Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5477115 | | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2022 18:38:59 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2022 18:39:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5475396 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2022 18:39:12 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5475006 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 23 2022 18:35:00 | Ally Financial, Inc., Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5475008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 18:50:18 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 5475009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 18:50:06 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5477073 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 18:39:11 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5475007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 18:38:59 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5475012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2022 18:39:26 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5475013 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2022 18:35:00 | Comenity Bank / Hot Topic, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5475014 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2022 18:35:00 | Comenity Bank / Lane Bryant, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5475015 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 23 2022 18:35:00 | | Comenity Bank / One Stop, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5477837 | + | Email/Text: bankruptcy@sccompanies.com Jun 23 2022 18:36:00 | | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5475016 | | Email/Text: mrdiscen@discover.com Jun 23 2022 18:35:00 | | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5475875 | | Email/Text: mrdiscen@discover.com Jun 23 2022 18:35:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5475017 | + | Email/Text: bankruptcy@fult.com Jun 23 2022 18:36:00 | | Fulton Bank, NA, 1 Penn Square, PO Box 4887, Lancaster, PA 17604-4887 |
| 5475010 | | Email/PDF: ais.chase.ebn@aisinfo.com Jun 23 2022 18:39:20 | | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5481778 | + | Email/Text: RASEBN@raslg.com Jun 23 2022 18:35:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5480103 | + | Email/Text: collections@mecu.com Jun 23 2022 18:36:00 | | MECU Credit Union, 1 South Street, 14th Floor, Baltimore, MD 21202-3298 |
| 5475020 | + | Email/Text: collections@mecu.com Jun 23 2022 18:36:00 | | MECU of Baltimore, 1 South Street, Baltimore, MD 21202-3298 |
| 5477795 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jun 23 2022 18:38:59 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5475019 | + | Email/Text: bankruptcy@marinerfinance.com Jun 23 2022 18:35:00 | | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5475021 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Jun 23 2022 18:38:59 | | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5475022 | | Email/Text: nsm_bk_notices@mrcooper.com Jun 23 2022 18:35:00 | | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 5475023 | | Email/PDF: cbp@onemainfinancial.com Jun 23 2022 18:39:09 | | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5479511 | + | Email/PDF: cbp@onemainfinancial.com Jun 23 2022 18:39:19 | | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5479171 | | Email/Text: bankruptcynotices@psecu.com Jun 23 2022 18:36:00 | | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5475024 | + | Email/Text: bankruptcynotices@psecu.com Jun 23 2022 18:36:00 | | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5475690 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2022 18:35:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5477838 | + | Email/Text: bankruptcy@sccompanies.com Jun 23 2022 18:36:00 | | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5475027 | | Email/Text: bankruptcy@sccompanies.com Jun 23 2022 18:36:00 | | Seventh Avenue / Swiss Colony, 1112 7th Avenue, PO Box 2845, Monroe, WI 53566-8045 |
| 5475287 | + | Email/PDF: gecsedi@recoverycorp.com Jun 23 2022 18:38:59 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5475028 | | Email/PDF: gecsedi@recoverycorp.com Jun 23 2022 18:38:59 | | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5475029 | + | Email/Text: bncmail@w-legal.com Jun 23 2022 18:35:00 | | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5475695 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

| | | |
|---|---|---|
| | Jun 23 2022 18:39:11 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Douglas Stephen Taylor pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Noelle Denise Taylor pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Douglas Stephen Taylor,

    **Debtor 1**

Noelle Denise Taylor,

    **Debtor 2**

Chapter 13

Case No. 1:22−bk−00900−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 20, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 27, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 23, 2022 |

ntcnfhrg (08/21)