UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS STEPHEN TAYLOR<br>NOELLE DENISE TAYLOR<br><br>Debtor(s) | CASE NO. 22-bk-00900-HWV<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION and enter Milos Gvozdenovic as attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/11/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS STEPHEN TAYLOR<br>NOELLE DENISE TAYLOR<br>                      Debtor(s) | CASE NO. 22-bk-00900-HWV<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Milos Gvozdenovic Esquire, attorney for PENNSYLVANIA STATE EMPLOYEES CREDIT UNION, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 11, 2023, upon those listed below:

**Service by First-Class Mail**:

DOUGLAS STEPHEN TAYLOR, Debtor
407 Pauline Drive
Red Lion, PA 17356

NOELLE DENISE TAYLOR, Co-Debtor
407 Pauline Drive
Red Lion, PA 17356

**and Service by NEF/ECF**:

Paul Donald Murphy-Ahles, Debtors Attorney at pmurphy@dplglaw.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

                                            WELTMAN, WEINBERG & REIS CO., L.P.A.

                                            /s/Milos Gvozdenovic
                                            Milos Gvozdenovic
                                            Weltman, Weinberg & Reis Co., L.P.A.
                                            Attorney for Movant
                                            965 Keynote Circle
                                            Brooklyn Heights, OH 44131
                                            216-739-5647
                                            mgvozdenvoic@weltman.com