# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Douglas Stephen Taylor<br>**Debtor 1**<br>Noelle Denise Taylor<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00900-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## DEBTOR(S)' MOTION TO INCUR DEBT

AND NOW, come the Debtor(s), Douglas Stephen Taylor and Noelle Denise Taylor, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Incur Debt/Obtain Credit and aver as follows:

1. This case was commenced by the filing on May 13, 2022 of a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor(s) have obtained approval for a refinance of their personal residence located at 407 Pauline Drive, Red Lion, York County, Pennsylvania from Cardinal Financial Company located in Charlotte, North Carolina.

3. It is estimated that the monthly payments on the mortgage will be approximately $2,316.00 per month, including escrow for real estate taxes and homeowner's insurance, for 360 months. The interest rate on the mortgage note will be 6.75%. A copy of the Loan Estimated is attached hereto and marked as Exhibit "A".

4. Debtor(s) are confident that the increased payments will not affect Debtor(s)' ability to continue their Chapter 13 payments.

5. Debtor(s) intend to make all payments on the mortgage note outside the Chapter 13 plan in this case.

6. For all the reasons set out above, Debtor(s) believes that the granting of this Motion will not materially or adversely affect the interests of any creditor nor Debtor(s)' prospects for successful completion of the Chapter 13 Plan in this case.

WHEREFORE, Debtor(s) moves this Honorable Court for leave to incur the new debt described above and prays for such other and further relief as the Court deems just and proper.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: May 15, 2025

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# Loan Estimate

| | | | |
|---|---|---|---|
| **DATE ISSUED** | 05/14/25 | **LOAN TERM** | 30 years |
| **APPLICANTS** | Douglas Taylor and Noelle D Taylor<br>407 Pauline Dr<br>RED LION, PA 17356 | **PURPOSE**<br>**PRODUCT**<br>**LOAN TYPE** | Refinance<br>Fixed Rate<br>☐ Conventional ☒ FHA ☐ VA<br>☐ _____ |
| **PROPERTY** | 407 Pauline Dr<br>RED LION, PA 17356 | **LOAN ID #**<br>**RATE LOCK** | ☐ NO ☒ YES, until 06/25/25 at 11:00 PM EDT |
| **EST PROP VALUE** | $330,000 | | *Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on* |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $268,620 | **NO** |
| **Interest Rate** | 6.75% | **NO** |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,742.26 | **NO** |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

## Projected Payments

| Payment Calculations | Years 1-11 | Years 12-30 |
|---|---|---|
| Principal & Interest | $1,742.26 | $1,742.26 |
| Mortgage Insurance | + 109 | + - |
| Estimated Escrow<br>*Amount can increase over time* | + 465 | + 465 |
| **Estimated Total Monthly Payment** | **$2,316** | **$2,207** |

| **Estimated Taxes, Insurance, & Assessments**<br>*Amount can increase over time* | $465<br>a month | **This estimate includes**<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☐ Other:<br>*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | **In escrow?**<br>YES<br>YES |
|---|---|---|---|

## Costs at Closing

| **Estimated Closing Costs** | $26,848 | Includes $20,961 in Loan Costs + $5,887 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| **Estimated Cash To Close** | $10,030 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.*<br>☐ From ☒ To Borrower |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

# Closing Cost Details

## Loan Costs

| A. Origination Charges | $12,030 |
|---|---|
| 3.738% of Loan Amount (Points) | $10,040 |
| Processing Fee | $995 |
| Underwriting Fee | $995 |

| B. Services You Cannot Shop For | $5,911 |
|---|---|
| Appraisal Fee | $650 |
| Appraisal Fee - Final Inspection | $200 |
| Credit Report Fee | $259 |
| FHA Upfront MI Premium | $4,620 |
| Flood Certification | $7 |
| MERS Fee | $25 |
| Verification of Employment Fee | $150 |

| C. Services You Can Shop For | $3,020 |
|---|---|
| Title - Closing Protection Letter Fee | $125 |
| Title - Deed Preparation Fee | $100 |
| Title - Endorsement 8.1 | $100 |
| Title - Endorsement 9 | $150 |
| Title - Lender's Title Insurance | $1,715 |
| Title - Residential Mortgage Endorsement | $100 |
| Title - Settlement Fee | $530 |
| Title - Waiver of Arbitration Endt. | $200 |

| D. TOTAL LOAN COSTS (A+B+C) | $20,961 |
|---|---|

## Other Costs

| E. Taxes and Other Government Fees | $141 |
|---|---|
| Recording Fees | $141 |
| Transfer Tax | |

| F. Prepaids | $4,345 |
|---|---|
| Homeowner's Insurance Premium ( 12 months ) | $889 |
| Mortgage Insurance Premium ( months ) | |
| Prepaid Interest ( $49.68 per day for 1 days at 6.75% ) | $50 |
| School Property Tax ( 12 months ) | $3,406 |

| G. Initial Escrow Payment at Closing | | $1,401 |
|---|---|---|
| Homeowner's Insurance | $74.09 per month for 4 mo. | $296 |
| Mortgage Insurance | per month for mo. | |
| School Property Tax | $283.85 per month for 2 mo. | $568 |
| Town Property Tax | $107.30 per month for 5 mo. | $537 |

| H. Other | $0 |
|---|---|

| I. TOTAL OTHER COSTS (E+F+G+H) | $5,887 |
|---|---|

| J. TOTAL CLOSING COSTS | $26,848 |
|---|---|
| D + I | $26,848 |
| Lender Credits | |

### Calculating Cash to Close

| Loan Amount | $268,620 |
|---|---|
| Total Closing Costs (J) | -$26,848 |
| Estimated Total Payoffs and Payments | -$231,742 |
| **Estimated Cash to Close** ☐ From ☒ To Borrower | **$10,030** |

| Estimated Closing Costs Financed (Paid from your Loan Amount) | $26,848 |
|---|---|

# Additional Information About This Loan

| | |
|---|---|
| **LENDER** | Cardinal Financial Company, Limited Partnership |
| **NMLS/PA LICENSE ID** | 66247/20829 |
| **LOAN OFFICER** | Sean Forte-bell |
| **NMLS/PA LICENSE ID** | 2625505/112492 |
| **EMAIL** | sean.forte.bell@cardinalfinancial.com |
| **PHONE** | (440) 294-6682 |

| | |
|---|---|
| **MORTGAGE BROKER** | |
| **NMLS/__ LICENSE ID** | |
| **LOAN OFFICER** | |
| **NMLS/__ LICENSE ID** | |
| **EMAIL** | |
| **PHONE** | |

| Comparisons | Use these measures to compare this loan with other loans. | |
|---|---|---|
| **In 5 Years** | $131,958 | Total you will have paid in principal, interest, mortgage insurance, and loan costs. |
| | $16,451 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 7.803% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 133.515% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

## Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☒ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than 15 days late, your lender will charge a late fee of 4% of the overdue payment of principal and interest. |
| **Liability After Foreclosure** | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☒ to service your loan. If so, you will make your payments to us.<br>☐ to transfer servicing of your loan. |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____  _____  _____  _____
Douglas Taylor                Date          Noelle D Taylor              Date

Case 1:22-bk-00900-HWV    Doc 78    Filed 05/15/25    Entered 05/15/25 16:58:53    Desc Main Document    Page 5 of 11

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Douglas Stephen Taylor
**Debtor 1**
Noelle Denise Taylor
**Debtor 2**

**Chapter** 13

**Case No.** 1:22-BK-00900-HWV

**Matter:** Motion to Incur Debt/Obtain Credit

# ORDER OF COURT

UPON CONSIDERATION of the Debtor(s) Motion to Incur Debt/Obtain Credit, said Motion IS HEREBY GRANTED, and the Debtor(s) is permitted to obtain financing from Cardinal Financial Company for the purpose of refinancing their personal residence, up to the loan amount of $268,620.00, at an interest rate of 7.00% or less.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Douglas Stephen Taylor<br>**Debtor 1**<br>Noelle Denise Taylor<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00900-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## NOTICE

Notice is hereby given that:

The Debtor(s) filed a Chapter 13 Bankruptcy Petition on **May 13, 2022**.

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Sylvia H. Rambo US Courthouse**<br>**1501 North Sixth Street, Courtroom 4B**<br>**Harrisburg, PA 17102** | **Date: June 3, 2025**<br><br>**Time: 9:30 AM** |

Any objection/response to the above-referenced matter must be filed and served on or before **May 29, 2025**.

If service was properly made and Respondent(s) fail to file any objection/response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date: May 15, 2025

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Douglas Stephen Taylor<br>**Debtor 1**<br>Noelle Denise Taylor<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-00900-HWV<br><br>**Matter:** Motion to Incur Debt/Obtain Credit |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, May 15, 2025, I served a true and correct copy of the **Debtor(s)' Motion to Incur Debt/Obtain Credit, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-00900-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu May 15 16:53:20 EDT 2025 | Ally Bank<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Abrahamsen Gindin, LLC<br>245 Main Street, Suite 100<br>Scranton, PA 18519-1641 | Ally Bank<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial, Inc.<br>Ally Detroit Center<br>500 Woodward Avenue<br>Detroit, MI 48226-3416 | Brickhouse OpCo I LLC<br>4053 Maple Road Suite 122<br>Amherst, NY 14226-1058 | CBNA / Best Buy<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| CBNA / The Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA, NA<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citadel Credit Union<br>4051 West Lincoln Highway<br>Parkesburg, PA 19365-1778 | Citadel Credit Union<br>ATTN: Collections<br>520 Eagleview Blvd<br>Exton, PA 19341-1119 |
| Citadel Federal Credit Union<br>c/o Weltman, Weinberg & Reis Co LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank, NA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| Comenity Bank / Hot Topic<br>Attn: Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank / Lane Bryant<br>Attn: Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank / One Stop<br>Attn: Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Country Door<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Fulton Bank, NA<br>1 Penn Square<br>PO Box 4887<br>Lancaster, PA 17604-4887 | Goldman Sachs Bank USA<br>PO Box 70321<br>Philadelphia, PA 19176-0321 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MECU Credit Union
1 South Street, 14th Floor
Baltimore, MD 21202-3481

MECU of Baltimore
1 South Street
Baltimore, MD 21202-3481

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

OneMain Financial
601 NW 2nd Street
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

PSECU
1500 Elmerton Avenue
PO Box 67013
Harrisburg, PA 17106-7013

PSECU
PO BOX 67013
HARRISBURG, PA 17106-7013

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Seventh Avenue / Country Door
1112 7th Avenue
PO Box 2845
Monroe, WI 53566-8045

Seventh Avenue / Stoneberry
1112 7th Avenue
PO Box 2845
Monroe, WI 53566-8045

Seventh Avenue / Swiss Colony
1112 7th Avenue
PO Box 2845
Monroe, WI 53566-8045

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank / Care Credit
Attn Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

TD Bank USA / Target Card
PO Box 673
Minneapolis, MN 55440-0673

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

US Department of Education
Attn Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

United States Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Douglas Stephen Taylor
407 Pauline Drive
Red Lion, PA 17356-9676

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625
ELECTRONIC

Noelle Denise Taylor
407 Pauline Drive
Red Lion, PA 17356-9676

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706
ELECTRONIC

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Nationstar Mortgage LLC<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | (d)Nationstar Mortgage, LLC<br>d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9741 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| U.S. Department of Housing and Urban Develop<br>100 Penn Square East<br>Philadelphia, PA 19107 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citadel Federal Credit Union | (u)Commonwealth of Pennsylvania, Department o | (u)NATIONSTAR MORTGAGE LLC |
| (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | (u)PSECU | (d)Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |

End of Label Matrix
Mailable recipients    58
Bypassed recipients     6
Total                  64