United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00900-HWV |
| Douglas Stephen Taylor | Chapter 13 |
| Noelle Denise Taylor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 02, 2025  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

**Recip ID**   **Recipient Name and Address**
  + Cardinal Financial Company,, Limited Partnership, 3530 Toringdon Way, Suite 200, Charlotte, NC 28277-3436

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

**Name**  **Email Address**

Christopher A DeNardo
  on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com cistewart@logs.com

Christos A Katsaounis
  on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

Denise E. Carlon
  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
  on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
  ecf_pahu_alt@trustee13.com

| | |
|---|---|
| James Peter Valecko | on behalf of Creditor PSECU pitecf@weltman.com  PitEcf@weltman.com |
| Milos Gvozdenovic | on behalf of Creditor PSECU mgvozdenovic@weltman.com  pitecf@weltman.com |
| Milos Gvozdenovic | on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Douglas Stephen Taylor pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Noelle Denise Taylor pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

In re:

Douglas Stephen Taylor
**Debtor 1**
Noelle Denise Taylor
**Debtor 2**

Chapter 13

Case No. 1:22-bk-00900-HWV

Matter: Motion to Incur Debt/Obtain Credit

## ORDER

Upon consideration of the Debtors' Motion to Incur Debt/Obtain Credit, Doc. 78, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED**, and the Debtors are permitted to obtain financing from Cardinal Financial Company for the purpose of refinancing their personal residence, up to the loan amount of $268,620.00, at an interest rate of 7.00% or less.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 2, 2025