Certificate Number: 12433-PAM-DE-039839148

Bankruptcy Case Number: 22-00900



12433-PAM-DE-039839148

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2025, at 10:00 o'clock PM EDT, Douglas Stephen Taylor completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 7, 2025

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor