# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Douglas Stephen Taylor
  Noelle Denise Taylor

Case No.: 1-22-00900 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 25 |
| Last Four of Loan Number: | 8502 |
| Property Address if applicable: | 407 Pauline Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $200.25 |
| b. | Prepetition arrearages paid by the trustee: | $200.25 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $200.25 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: July 28, 2025

                                              Respectfully submitted,

                                              /s/ Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Douglas Stephen Taylor
Noelle Denise Taylor

Case No.: 1-22-00900 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 28, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Douglas Stephen Taylor
Noelle Denise Taylor
407 Pauline Dr
Red Lion PA 17356

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-00900    **DOUGLAS STEPHEN TAYLOR**

NATIONSTAR MORTGAGE
PO BOX 619094

DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 8502 - PRE-ARREARS - Pauline
ARREARS - 407 PAULINE DRIVE

| | | | |
|---|---|---|---|
| Amt Sched: $186,274.00 | Debt: $200.25 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $200.25 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034580 | $9.70 | $0.00 | $9.70 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025041 | $164.68 | $0.00 | $164.68 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024025 | $25.87 | $0.00 | $25.87 | 04/28/2023 |
| | | | | Sub-totals: | $200.25 | $0.00 | $200.25 | |
| | | | | Grand Total: | $200.25 | $0.00 | | |