IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Noelle Denise Taylor<br>Douglas Stephen Taylor<br>      **Debtor(s)** | **BK NO. 22-00900 HWV**<br><br>Chapter 13 |
| **Nationstar Mortgage LLC**<br>      **Movant**<br>vs.<br>**Noelle Denise Taylor**<br>**Douglas Stephen Taylor**<br>      **Debtor(s)**<br>**Jack N. Zaharopoulos**,<br>      **Trustee** | **Related to Claim No. 25** |

## CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 13, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Noelle Denise Taylor
407 Pauline Drive
Red Lion, PA 17356

Douglas Stephen Taylor
407 Pauline Drive
Red Lion, PA 17356

Attorney for Debtor(s)
Paul Donald Murphy-Ahles, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: April 13, 2023

                 **/s/Michael P. Farrington**
                 Michael P. Farrington Esq.
                 Attorney I.D. 329636
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 (215) 825-6488
                 mfarrington@kmllawgroup.com